1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   RUBEN VALDEZ,                           1:12-cv-01784-MJS (HC)

12            Petitioner,
                                             ORDER DENYING MOTION FOR
13        v.                                 APPOINTMENT OF COUNSEL

14   TIM VIRGA, Warden,
                                             (Doc. 3)
15            Respondent.

16   _____/

17        Petitioner has requested the appointment of counsel.  There currently exists no

18   absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v.

19   Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir.

20   1984).  However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel

21   at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules

22   Governing Section 2254 Cases.  In the present case, the Court does not find that the

23   interests of justice require the appointment of counsel at the present time.  Accordingly,

24   IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is denied.

25   IT IS SO ORDERED.

26   Dated:    November 5, 2012          /s/ Michael J. Seng
                                         UNITED STATES MAGISTRATE JUDGE
27

28