IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VALDEZ,<br><br>　　　　　Petitioner,<br><br>v.<br><br>CONNIE GIPSON, Warden,<br><br>　　　　　Respondent. | Case No. 1:12-cv-01784 AWI MJS (HC)<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE PETITIONER WITH A COPY OF THE COURT'S FINDINGS AND RECOMMENDATION**<br><br>**ORDER PROVIDING PETITIONER THIRTY 30 DAYS TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION**<br><br>**(Doc. 43)** |

　　　　Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On November 1, 2012, Petitioner filed a petition for writ of habeas corpus. (Pet., ECF No. 1.) On February 10, 2015, the Court issued findings and a recommendation to deny the first amended petition. (ECF No. 38.)

　　　　On June 26, 2015, Petitioner filed a motion requesting the Court serve him with a copy of the Findings and Recommendation and provide him an additional thirty (30) days to prepare and file objections. (ECF No. 43.) Petitioner asserts that he never received a copy of the findings and recommendation. Upon review of the docket, through mistake or inadvertence, it appears that the Court failed to serve Petitioner by mail with a paper

1  copy of the findings and recommendation.

2  Accordingly, it is hereby ORDERED that Petitioner's motion requesting a copy of
3  the findings and recommendation is GRANTED. The Court orders the Clerk of Court to
4  serve Petitioner with a copy of the findings and recommendation. (Doc. 38.) Objections
5  to the findings and recommendation are due within thirty (30) days of the date of service
6  of the findings and recommendation.

7  IT IS SO ORDERED.
8

9  Dated:   June 29, 2015                             /s/ *Michael J. Seng*
10                                                    UNITED STATES MAGISTRATE JUDGE