UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN VALDEZ,<br><br>        Petitioner,<br><br>    v.<br><br>TIM VIRGA,<br><br>        Respondent. | 1:12-cv-01784 AWI-MJS (HC)<br><br>ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS (Doc. 46)<br><br>45-DAY DEADLINE<br><br>ORDER GRANTING REQUEST FOR STATE COURT RECORDS (Doc. 47) |

Petitioner is a state prisoner proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 30, 2015, Petitioner filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the Court, Petitioner's motion to extend time is granted.

On the same date, Petitioner filed a request for a copy of state court records. Applicable law, 28 U.S.C. § 2250, provides:

> If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office as may be required by order of the judge before whom the application is pending.

1

28 U.S.C. § 2250. The record in this case establishes that Petitioner was granted in forma pauperis status on November 2, 2012. (ECF No. 5.) A § 2250 request "rests within the discretion of the judge presiding in the case" who may decide what, if any, copies should be provided to an indigent habeas petition. See Foss v. Martel, No. 09-cv-3551, 2011 U.S. Dist. LEXIS 66368, 2011 WL 2414512, at *2-3 (E.D. Cal. June 10, 2011).

This is Petitioner's third request for his state court records. (See ECF Nos. 26-27, 47.) Upon review, his prior requests encompassed nearly all of those records.

Petitioner contends that the documents are necessary to properly prepare objections to the findings and recommendation in which the Magistrate Judge determined that the petition should be denied. To ensure that Petitioner is provided an opportunity to properly present his objections, the Court shall grant the request and provide Petitioner the state court records specifically stated in his requests. (Id.) Those records include Respondent's lodged documents 9-18. Accordingly, the Court will, pursuant to 28 U.S.C. § 2250, order the Clerk of Court to furnish Petitioner a copy of the Respondent's lodged documents 9-18.

It is THEREFORE ORDERED:

1.) Petitioner is granted forty-five (45) days from the date of service of this order in which to file his objections to the Court's findings and recommendations.

2.) The Clerk of Court shall provide Petitioner without cost a copy of Respondent's lodged Documents 9-18. See 28 U.S.C. § 2250.

IT IS SO ORDERED.

Dated:   August 18, 2015                    /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE