IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN VALDEZ,**<br>Petitioner,<br>v.<br>**TIM VIRGA, Warden,**<br>Respondent. | 1:12-cv-01784 AWI-MJS HC<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**DIRECTING THE CLERK OF COURT TO SERVE THE COURT OF APPEALS WITH A COPY OF THIS ORDER**<br><br>**(Doc. 56)** |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 2, 2016, judgment was entered denying the petition for writ of habeas corpus. On March 4, 2016, Petitioner filed an application to proceed in forma pauperis on appeal. Examination of Petitioner's application to proceed in forma pauperis reveals that Petitioner is unable to afford the costs of an appeal.

///

///

///

///

///

1 | Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915.  **The Clerk of Court is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated:  March 7, 2016                          /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE